[No. 21947-0-III. Division Three. May 6, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. GARDNER SALTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00988-7, Robert G. Swisher, J., entered April 2, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ.

[No. 50787-7-I. Division One. May 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL KRISTOPHER LARSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-02206-1, Ellen J. Fair, J., entered July 10, 2002. *Affirmed* by unpublished per curiam opinion.

[Nos. 51013-4-I; 52477-1-I. Division One. May 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN BISSON, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 02-1-01342-9, Brian D. Gain, J., entered August 2, 2002. *Remanded* by unpublished per curiam opinion.

[No. 51267-6-I. Division One. May 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONEL MARIN-TORRES, *Defendant*, OMAR LOPEZ-CASTILLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02297-5, Douglas D. McBroom, J., entered October 29, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy and Appelwick, JJ.